# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| V. | § | No. 3:08-cr-268-B (01) |
| | § | |
| ANGEL HERNANDEZ, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court **FINDS** that the untimely filing of the notice of appeal was due to good cause. And this case is **RETURNED** to the United States Court of Appeals for the Fifth Circuit for appropriate action.

**SO ORDERED.**

DATED: June 2, 2017.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-1-